

**Buckley Sandler** LLP

Richard E. Gottlieb
Partner
353 N. Clark Street, Suite 3600
Chicago, IL 60654
t 312.924.9885
rgottlieb@buckleysandler.com

April 30, 2015

15mc114

**Via FedEx**

FILED
MAY - 1 2015
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Clerk of the Court
U.S. District Court for the District of Delaware
844 North Kings Street, Room 4209
Wilmington, DE 19801

Re:   In Re: RFC and ResCap Liquidating Trust Litigation

Dear Sir or Madam:

Enclosed please find the following for filing:

- Movants' Consolidated Motion to Compel Compliance with Third Party Subpoena Issued to Paulson & Co.;
- Memorandum of Law in Support of Movants' Consolidated Motion to Compel Compliance with Third Party Subpoena Issued to Paulson & Co.;
- Declaration of Richard E. Gottlieb and attached exhibits;
- Rule 7.1 Disclosure Statement;
- CD-Rom containing the documents listed above; and
- Check in the amount of $46.00 made payable to the Clerk of the Court for filing fees.

Because the foregoing materials relate to a subpoena originating from another federal district court, we respectfully request that this Court open a miscellaneous matter and file the enclosed documents. In addition, please be advised that we are filing this without local counsel and would like to receive the "local counsel letter" by email. If you have any questions or need additional information, please contact my colleague, Brett Natarelli, at 312-924-9837. Thank you.

Sincerely,

Richard E. Gottlieb

REG:dmr
Enclosures

cc:   All Counsel of Record (w/o enclosures)